# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN ASHEVILLE OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13 CR 41

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CASEY LERON RUTHERFORD, | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

This matter came before the Court on June 17, 2019 for a hearing on Defendant's "Motion for Pretrial Release to Attend In-Patient Treatment" (Doc. 47). Assistant United States Attorney Richard Edwards appeared for the Government. Attorney Richard Cassady appeared with Defendant. At the conclusion of the hearing, the Court took the matter under advisement.

During the hearing, defense counsel clarified that, consistent with the attachment to the Motion, the Motion seeks Defendant's release to the ADATC facility for a 14-day program, not a 42-day program at the Swain Recovery Center. His bed date is June 20, 2019.

As for transportation, defense counsel proposed that Defendant be transported by the United States Marshals Service ("USMS") or, in the alternative, by the United States Probation Office ("Probation").

Having considered the matter further, the Court will not direct the USMS or Probation to transport Defendant to the facility. The Court will, however, provide Defendant with an opportunity to propose another method by which Defendant may be

transported, both directly to the facility and back to custody immediately upon completion of treatment (including if Defendant is released on July 4), should the Motion be allowed.

Accordingly, the Clerk is respectfully **DIRECTED** to schedule a supplemental hearing for Wednesday, June 19, 2019.

Signed: June 17, 2019

W. Carleton Metcalf
United States Magistrate Judge